

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00046-CV

_____

## IN THE ESTATE OF BETTY LOU INGRAM, DECEASED

On Appeal from the County Court at Law
Harrison County, Texas
Trial Court No. 2012-9358-CCL

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

David J. Ingram and James B. Ingram, appellants, have filed a motion seeking to dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     June 10, 2014
Date Decided:     June 11, 2014